Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendant Chex Systems, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VANGELI KASELURIS,

                Plaintiff,

- against -

BANK OF AMERICA, NATIONAL
ASSOCIATION and CHEX SYSTEMS, INC.,

                Defendants.

------------------------------------------------------------X

No. 07 Civ. 09336 (NRB)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Reed Smith LLP, by Casey D. Laffey, appears herein as counsel for defendant Chex Systems, Inc. and requests copies of all pleadings and other documents electronically or otherwise filed herein.

Dated:  New York, New York
          January 4, 2008

REED SMITH LLP

By: _____
Casey D. Laffey (CL-1483)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

*Counsel for Defendant
Chex Systems, Inc.*

TO:  FISHMAN & NEIL, LLP
      Attn: Kevin Mallon, Esq.
      305 Broadway, Suite 900
      New York, NY 10007