Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendant Chex Systems,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VANGELI KASELURIS,

                Plaintiff,

  - against -

BANK OF AMERICA, NATIONAL
ASSOCIATION and CHEX SYSTEMS, INC.,

                Defendants.

-----------------------------------------------------------X

No. 07 Civ. 09336 (NRB)

**RULE 7.1 DISCLOSURE**

       Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Chex Systems, Inc. identifies its corporate ownership as follows: Chex Systems, Inc., a Minnesota corporation, is a subsidiary of eFunds Corporation, a Delaware corporation, which is itself a subsidiary of Fidelity National Information Services, Inc., a Georgia corporation.

Dated:  New York, New York
          January 4, 2008

REED SMITH LLP

By: _____
    Casey D. Laffey (CL-1483)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

*Counsel for Defendant Chex Systems, Inc.*

TO:  FISHMAN & NEIL, LLP
      Attn: Kevin Mallon, Esq.
      305 Broadway, Suite 900
      New York, NY 10007