Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendant Chex Systems,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VANGELI KASELURIS,

                 Plaintiff,

- against -

BANK OF AMERICA, NATIONAL
ASSOCIATION and CHEX SYSTEMS, INC.,

                 Defendants.
------------------------------------------------------------X

No. 07 Civ. 09336 (NRB)

**CERTIFICATE OF SERVICE**

    I, Casey D. Laffey, hereby certify that on January 4, 2008, I caused true and correct copies of the foregoing Notice of Appearance, Rule 7.1 Disclosure, and Answer and Affirmative Defenses of Chex Systems, Inc. to be served by electronic case filing and first class mail upon the following address:

        FISHMAN & NEIL, LLP
        Attn: Kevin Mallon, Esq.
        305 Broadway, Suite 900
        New York, NY  10007

Dated:   New York, New York
            January 4, 2008

                                               Casey D. Laffey (CL-1483)