CONSTANTINE A. DESPOTAKIS, ESQ. (CD 4944)
WILSON, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000
Attorneys for Defendant Bank of America, National Association

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

VANGELI KASELURIS,

                Plaintiff,                07 CV 9336 (NRB)

      v.                                         RULE 7.1 STATEMENT

BANK OF AMERICA, NATIONAL ASSOCIATION
and CHEX SYSTEMS, INC.,

                Defendants.

------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Bank of America, National Association (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: 1. Bank of America Corporation (parent company of Bank of America, N.A.), and 2. Those other companies and entities as to which Bank of America Corporation is likewise the parent company and which are set forth in detail in the attachment hereto.

Dated: White Plains, NY
       January 15, 2008

                                          _____*/s/ Constantine Despotakis*_____
                                        Constantine A. Despotakis, Esq. (CD-4944)

1857893.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )

I, GERI MANNO, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, State of New York.

On January 15, 2008, I served RULE 7.1 STATEMENT by depositing true copies thereof in a postpaid wrapper, by First Class Mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:
  Kevin Mallon, Esq.
  Fishman & Neil LLP
  Attorneys for Plaintiffs
  305 Broadway, Suite 900
  NY, NY 10007

  Casey D. Laffey, Esq.
  Reed Smith LLP
  Attorneys for Defendant
  Chex Systems, Inc.
  599 Lexington Avenue
  NY, NY 10022

                                        /s/ Geri Manno
                                        GERI MANNO

Sworn to before me this
15th day of January, 2008

  /s/ Constantine Despotakis
       Notary Public

1857893.1